AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____NORTHERN DISTRICT OF GEORGIA_____ on the following

☑ Trademarks or    ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:16-CV-1478 | DATE FILED<br>5/6/2016 | U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF GEORGIA |
|---|---|---|
| PLAINTIFF<br>WORKFORCE BROKERS, LLC, D/B/A MANPOWER RESOURCES AND D/B/A MANPOWER SOLUTIONS | | DEFENDANT<br>MANPOWERGROUP, INC., A WISCONSIN CORPORATION |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3403202 | 3/25/2008 | MANPOWERGROUP, INC. |
| 2 | 0921701 | 10/5/1971 | MANPOWERGROUP, INC. |
| 3 | 672305 | 1/6/1959 | MANPOWERGROUP, INC. |
| 4 | Serial # 86928356 | 3/3/2016 | WORKFORCE BROKERS, LLC |
| 5 | Serial # 86928274 | 3/3/2016 | WORKFORCE BROKERS, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>JAMES N. HATTEN | (BY) DEPUTY CLERK<br>s/Jennifer Lee | DATE<br>5/6/2016 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**