IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WORKFORCE BROKERS, LLC, D/B/A MANPOWER RESOURCES AND D/B/A MANPOWER SOLUTIONS<br><br>     Plaintiff,<br><br>v.<br><br>MANPOWERGROUP, INC., A WISCONSIN CORPORATION<br><br>     Defendant,<br><br>_____ | CIVIL ACTION NO:<br>1:16-CV-1478-RWS |

## **PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER**

The Plaintiff, Workforce Brokers, LLC, d/b/a Manpower Resources and d/b/a Manpower Solutions, has perfected service on the Plaintiff. The Proof of Service form has been efiled with the Court and shows the summons and complaint was served on the Defendant's registered agent on August 16, 2016. [Dkt. No. 6]. The Plaintiff previously requested acknowledgment of service which was declined by email, and had some hope of resolution or filing status with the United States Patent and Trademark Office on trademark registration before service. No

1

resolution is reached. The Plaintiff accordingly requests that the case not be dismissed given that service has been completed and no resolution was reached. The Plaintiff needs this case to go forward at this point particularly as to the use of the word "manpower" in its temp agency business.

　　WHEREFORE, the plaintiff requests that, for good cause shown as noted above and given service have been perfected, the case not be dismissed for failure to timely serve the Defendant and the case be permitted to proceed.

Dated: August 23, 2016.

　　　　　　　　　　　　　　　　　　　　s/ Chris Denison
　　　　　　　　　　　　　　　　　　Chris Denison, Ga. Bar. No. 510724
　　　　　　　　　　　　　　　　　　Attorney for Defendants

5614 Lancashire Lane
Cumming, GA 30041
Phone: 678-367-8672
Fax: 678-802-4773
cdenison@denisonandassociates.com

## FONT CERTIFICATION

Under signed counsel certify that the foregoing RESPONSE TO SHOW CAUSE ORDER has been prepared with one of the font and point selections approved by the court in LR 5.1B.

　　　　　　　　　　　　　　　　　　　　s/ Chris Denison
　　　　　　　　　　　　　　　　　　Chris Denison, Ga. Bar. No. 510724

## CERTIFICATE OF SERVICE

I certify that the foregoing response has been served through the court's ecf electronic filing system.

　　　　　　　　　　　　　　　　　　　　s/ Chris Denison
　　　　　　　　　　　　　　　　　　Chris Denison, Ga. Bar. No. 510724