# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| WORKFORCE BROKERS, LLC, D/B/A MANPOWER RESOURCES AND D/B/A MANPOWER SOLUTIONS | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:16-CV-1478-RWS |
| v. | ) ) | |
| MANPOWERGROUP INC., A WISCONSIN CORPORATION | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF FILING PROPOSED SUMMONS

Defendant ManpowerGroup Inc. ("ManpowerGroup"), through undersigned counsel, provides notice of filing the following in connection with the filing of its Counterclaim [Dkt. 13]:

1. proposed Summons upon Counter Defendant GA Manpower Solutions LLC, attached hereto as Exhibit A; and

2. proposed Summons upon Counter Defendant George Ivanov, attached hereto as Exhibit B.

Respectfully submitted, this 8th day of September, 2016.

1474411.1

/s/ *Jason J. Carter*
Jason J. Carter
Ga. Bar No. 141669
Amanda Seals Bersinger
Ga. Bar No. 502720
BONDURANT MIXSON & ELMORE LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Tel: 404-881-4100
Fax: 404-881-4111

Claudia Ray (*pro hac vice* admission pending)
N.Y. Bar No. 2576742
Bonnie L. Jarrett (*pro hac vice* admission pending)
N.Y. Bar No. 4337507
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Tel:  212-446-4800
Fax:  212-446-4900
claudia.ray@kirkland.com
bonnie.jarrett@kirkland.com

*Attorneys for Defendant and Counter-Plaintiff*
MANPOWERGROUP INC.

1474411.1

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **NOTICE OF FILING PROPOSED SUMMONS** with the Clerk of Court using the CM/ECF filing system, which will automatically send e-mail notification of such filing to all counsel of record.

This the 8th day of September, 2016.

> */s/ Jason J. Carter*
> Jason J. Carter