# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WORKFORCE BROKERS, LLC, D/B/A MANPOWER RESOURCES AND D/B/A MANPOWER SOLUTIONS,   )<br><br>Plaintiff,   )<br>)<br>v.   )<br>)<br>MANPOWERGROUP INC., A WISCONSIN CORPORATION   )<br>)<br>Defendant.   ) | Civil Action No.<br>1:16-CV-1478-RWS |

## **MANPOWERGROUP INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

ManpowerGroup Inc. ("ManpowerGroup") hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3.

1. The undersigned certifies that the following is a complete list of the parties to this action:

    a. ManpowerGroup Inc., a Wisconsin corporation, Defendant and Counter-Plaintiff;

    b. WorkForce Brokers, LLC, a Georgia limited liability company, Plaintiff and Counter-Defendant;

1474647.1

      c. GA Manpower Solutions LLC, a Georgia limited liability company, Counter-Defendant; and

      d. George Ivanov, Counter-Defendant.

2. The undersigned further certifies that no publicly held corporation owns 10% or more of the stock issued by ManpowerGroup, Inc.

3. The undersigned further certifies that he is not aware of any other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

4. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys in this proceeding:

> **Jason J. Carter**
> carter@bmelaw.com
> **Amanda Seals Bersinger**
> bersinger@bmelaw.com
> Bondurant, Mixson & Elmore LLP
> 1201 West Peachtree Street NW
> Suite 3900
> Atlanta, GA 30309
> Tel: 404-881-4100
> Fax: 404-881-4111
>
> **Claudia Ray**
> claudia.ray@kirkland.com
> **Bonnie L. Jarrett**
> bonnie.jarrett@kirkland.com

Kirkland & Ellis, LLP
601 Lexington Avenue
New York, New York  10022
Tel:  212-446-4800
Fax:  212-446-4900

*Attorneys for Defendant, Counter-Plaintiff ManpowerGroup, Inc.*

**Christopher Denison**
cdenison@denisonandassociates.com
5614 Lancashire Lane
Cumming, GA 30041
Tel: 678-367-8672
Fax: 678-802-4773

*Attorney for Plaintiff, Counter-Defendant Workforce Brokers LLC*

Respectfully submitted, this 8th[th] day of September, 2016.

    */s/ Jason J. Carter*
    Jason J. Carter
    Ga. Bar No. 141669
    Amanda Seals Bersinger
    Ga. Bar No. 502720
    BONDURANT MIXSON & ELMORE LLP
    1201 West Peachtree Street NW
    Suite 3900
    Atlanta, GA 30309
    Tel: 404-881-4100
    Fax: 404-881-4111
    carter@bmelaw.com
    bersinger@bmelaw.com

    Claudia Ray (*pro hac vice* admission pending)
    N.Y. Bar No. 2576742

Bonnie L. Jarrett (*pro hac vice* admission pending)
N.Y. Bar No. 4337507
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Tel:  212-446-4800
Fax:  212-446-4900
claudia.ray@kirkland.com
bonnie.jarrett@kirkland.com

*Attorneys for Defendant*
MANPOWERGROUP INC.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **DEFENDANT MANPOWERGROUP INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF filing system, which will automatically send e-mail notification of such filing to all counsel of record.

This 8th[th] day of September, 2016.

>                             */s/ Jason J. Carter*
>                             Jason J. Carter