IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WORKFORCE BROKERS, LLC, :
:
    Plaintiff, :
:
v. : CIVIL ACTION NO.
: 1:16-CV-1478-RWS
MANPOWERGROUP, INC., :
:
    Defendant. :
:
:

## ORDER

On August 10, 2016, the Court issued an Order [Doc. No. 4] requiring Plaintiff to show cause why this case should not be dismissed for failure to effectuate timely service of Defendant. On August 18, 2016, Plaintiff filed a proof of service [Doc. No. 7] showing service on Defendant occurred on August 16, 2016. Plaintiff also filed a Response [Doc. No. 8] to the Show Cause Order requesting that the case be permitted to proceed. Defendant filed a Response [Doc. No. 11] to Plaintiff's Response to the Show Cause Order

stating no opposition to the case being permitted to proceed.[1] In light of the foregoing, the case will be permitted to proceed.

**SO ORDERED**, this 8th day of September, 2016.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

---

[1] Defendant also requested an extension of time to file its Answer. However, Defendant subsequently filed a timely Answer [Doc. No. 13]. Therefore, the request is moot.