AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | ) |
|---|---|
| WORKFORCE BROKERS, LLC, D/B/A MANPOWER RESOURCES AND D/B/A MANPOWER SOLUTIONS | ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No. 1:16-CV-1478-RWS |
| MANPOWERGROUP INC., A WISCONSIN CORPORATION | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GA Manpower Solutions LLC
c/o ServiExperts, Inc., Registered Agent
5855 Jimmy Carter Boulevard
Suite 220
Norcross, Georgia  30071


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jason J. Carter, Amanda Seals Bersinger, BONDURANT MIXSON & ELMORE LLP,
1201 West Peachtree Street NW, Suite 3900, Atlanta, GA 30309
and
Claudia Ray, Bonnie L. Jarrett, KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*



Date: 9/9/16

s/Jennifer Lee

*Signature of Clerk or Deputy Clerk*