## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| WORKFORCE BROKERS, LLC, D/B/A MANPOWER RESOURCES AND D/B/A MANPOWER SOLUTIONS ) ) ) ) Plaintiff, ) ) v. ) ) MANPOWERGROUP INC., A WISCONSIN CORPORATION ) ) ) Defendant. ) ) | Civil Action No. 1:16-CV-1478-RWS |

## **NOTICE OF FILING PROOF OF SERVICE**

I hereby certify that on this day, a true and correct copy of the attached **PROOF OF SERVICE** (upon GA Manpower Solutions, LLC) was electronically filed with the Clerk of Court using the Court's electronic filing system.

Respectfully submitted this 16th day of September, 2016.

1

/s/*Amanda Seals Bersinger*
Jason J. Carter
Ga. Bar No. 141669
Amanda Seals Bersinger
Ga. Bar No. 502720
BONDURANT MIXSON & ELMORE LLP
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Tel: 404-881-4100
Fax: 404-881-4111

Claudia Ray (*pro hac vice* admission pending)
N.Y. Bar No. 2576742
Bonnie L. Jarrett (*pro hac vice* admission pending)
N.Y. Bar No. 4337507
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Tel:  212-446-4800
Fax:  212-446-4900
claudia.ray@kirkland.com
bonnie.jarrett@kirkland.com

*Attorneys for Defendant and Counter-Plaintiff*
MANPOWERGROUP INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the foregoing **NOTICE OF FILING PROOF OF SERVICE** with the Clerk of Court using the CM/ECF filing system, which will automatically send e-mail notification of such filing to all counsel of record.

This the 16th day of September, 2016.

/s/*Amanda Seals Bersinger*
Amanda Seals Bersinger

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-CV-1478-RWS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **GA Manpower Solutions LLC**
was received by me on *(date)* **9/9/16**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Maria Ospina**, who is
designated by law to accept service of process on behalf of *(name of organization)* **ServiExperts Inc., Registered Agent** on *(date)* **9/9/16** ; or **2:17 pm**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ \_\_\_ for travel and $ \_\_\_ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9/9/16**

*Server's signature*

**Nancy M. Thrash**
*Printed name and title*

**416 Eady Creek Rd.
Barnesville GA 30204**
*Server's address*

Additional information regarding attempted service, etc: